| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Chief, Civil Division |
| 3 | EDWARD A. OLSEN, CSBN 214150 |
| | Assistant United States Attorney |
| 4 | |
| | 450 Golden Gate Avenue, Box 36055 |
| 5 | San Francisco, California 94102 |
| | Telephone: (415) 436-6915 |
| 6 | FAX: (415) 436-6927 |
| 7 | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| RUBEN GALLEGOS-GOMEZ, | ) | |
| | ) | No. C 08-2711 SC |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO DISMISS AND** |
| | ) | **[PROPOSED] ORDER** |
| MICHAEL MUKASEY, Attorney General of the | ) | |
| United States; DAVID STILL, Acting Director, | ) | |
| San Francisco Office, U.S. Immigration and | ) | |
| Naturalization Service, | ) | |
| | ) | |
| Respondents. | ) | |

The petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled action in light of the fact that the United States Citizenship and Immigration Services (USCIS) has agreed to re-open the petitioner's application for naturalization and reconsider its denial of his application for naturalization within thirty days.

Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS AND PROPOSED ORDER
C 08-2711 SC                                   1

1

2  Dated: July 21, 2008            Respectfully submitted,

3                                        JOSEPH P. RUSSONIELLO
                                       United States Attorney

4

5                                        /s/
                                       EDWARD A. OLSEN
                                       Assistant United States Attorney

6                                        Attorneys for Respondents

7

8  Dated: July 21, 2008            /s/
                                       FRANK SPROULS
                                       RICCI & SPROULS

9                                        Attorney for Petitioner

10

11

12                            **ORDER**

13    Pursuant to stipulation, IT IS SO ORDERED.

14

15  Dated: July __22__, 2008                                                 

                                       SAMUEL CONTI
                                       United States District Judge

STIPULATION TO DISMISS AND PROPOSED ORDER
C 08-2711 SC                                 2